IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


| | | |
|---|---|---|
| MICHAL COPOBIANCO | : | CIVIL ACTION |
| v | : | |
| POLICE OFFICER WINCKLER | : | NO.   22-2814 |

**CIVIL JUDGMENT**

AND NOW, this 25TH day of July, 2023, in accordance with the Jury's Verdict. **IT IS ORDERED** that Judgement is entered in favor of Defendant Officer Winckler and against Plaintiff Michael Capobianco in the above captioned case.


BY THE COURT:

S/ JOHN R. PADOVA
_____
**HONORABLE JOHN R. PADOVA**
**United States District Judge**